IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 8 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 2:04-CR-0039 (02) |
| | § § | |
| CHANTEL YEARWOOD | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by defendant CHANTEL YEARWOOD. On November 9, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. On December 4, 2006, defendant filed timely objections to the Report and Recommendation.[1]

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES defendant's objections, and ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _January_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Defendant was granted an extension of time in which to file objections to the Report and Recommendation.